■ BERTHA F. BANGS, Appellant, v. ARTHUR MALIAN et al., Respondents, et al., Defendant.— MEMORANDUM BY THE COURT. Appeal from an order of the Supreme Court at Special Term granting the motion of defendants Malian to dismiss the complaint. No view of the pleaded facts would entitle plaintiff to the relief which she seeks. (See *Matter of Bangs,* 13 A D 2d 851, mot. for rearg. and lv. to app. den. 14 A D 2d 593; *Bangs* v. *Malian,* 16 A D 2d 861.) Special Term correctly dismissed the complaint. Order affirmed, with costs. Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.

■ HELEN S. TRIPP, Respondent, v. HAROLD A. TRIPP, Appellant.— REYNOLDS, J. Appeal from an order of the Family Court, Chenango County, awarding respondent temporary support totaling $650 a month and directing the payment of an additional $100 a month toward past arrearages. In our opinion, considering the appellant's earnings and financial condition, the order of the court below is excessive. The award should be reduced to $450 per month for temporary support and maintenance ($300 direct support and maintenance and $150 mortgage payment on the premises occupied by the wife) and appellant be directed to pay $50 per month toward his past arrearages. Order modified, to reduce the award for temporary support to $450 per month ($300 direct support and $150 monthly mortgage payment) and to reduce to $50 the amount ordered to be paid monthly toward past arrearages, without costs. Gibson, P. J., Herlihy, Taylor and Hamm, JJ., concur.